UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW BLAIR HOWARD,

    Defendant.

_____/

**CLASS B MISDEMEANOR INFORMATION**

The United States Attorney charges:

## COUNT 1
(Tampering)

On or about August 15, 2022, in Benzie County, in the Southern Division of the Western District of Michigan,

**ANDREW BLAIR HOWARD**

tampered or attempted to tamper with property or real property, or moved, manipulated, or set in motion any of the parts thereof in waters subject to the jurisdiction of the United States located within the boundaries of the National Park System—specifically, within the boundaries of Sleeping Bear Dunes National Lakeshore.

36 C.F.R. § 2.31(a)(2)
36 C.F.R. § 1.2(a)(3)
18 U.S.C. § 1865

## COUNT 2
(Vandalism)

On or about August 15, 2022, in Benzie County, in the Southern Division of the Western District of Michigan,

**ANDREW BLAIR HOWARD**

destroyed, injured, defaced, and damaged property or real property in waters subject to the jurisdiction of the United States located within the boundaries of the National Park System—specifically, within the boundaries of Sleeping Bear Dunes National Lakeshore.

36 C.F.R. § 2.31(a)(3)
36 C.F.R. § 1.2(a)(3)
18 U.S.C. § 1865

May 23, 2023

MARK A. TOTTEN
United States Attorney

_____
LAUREN F. BIKSACKY
Assistant United States Attorney