# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Andrew Blair Howard | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | June 21, 2023 | 1:53 - 2:08 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Lauren Biksacky | Anthony J. Valentine | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class B | Information | Read ✓<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute    __ nolo contendre
  - ✓ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Date and time to be set for final pretrial conference and bench trial.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:    __ Yes   __ No
Defendant informed of right to appeal:    __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ _____ Personal Recognizance |

**CASE TO BE:** Set for Hearing before Mag. Judge    **TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded    **Courtroom Deputy:** S. Carpenter