## DEFENDANT'S RIGHTS - Petty Offense
### (In a Class B or C Misdemeanor Case or for an Infraction)

U.S. v. Andrew Blair Howard          Case No. 1:23-mj-00230

You have the right to an attorney at every stage of the proceeding against you. You may hire your own attorney.  If you cannot afford an attorney, the court may appoint one for you if there is a possibility you may be sentenced to jail if convicted.

You have the right not to incriminate yourself, that is, the right to remain silent at all times.  Any statement you do make may be used against you at trial.

You have the right to plead not guilty and the right to a speedy, public trial.  You are presumed innocent, and the government has the burden of proving you guilty beyond a reasonable doubt.

You have the right to a speedy, public trial.

You have the right to trial, judgment and sentencing before a United States Magistrate Judge.

At trial, you have the right to testify (or remain silent), to present evidence, to confront and cross-examine the witnesses against you, to call witnesses in your own behalf, and to compel their attendance by subpoena.

You may plead any one of three ways:  not guilty, guilty, or, with the consent of the court, no contest.  If you refuse to plead, a plea of not guilty will be entered.

If you plead guilty or no contest, there will be no trial of any kind.  By so pleading, you waive your right to a trial, your right against self-incrimination, and your right to confront and cross-examine witnesses against you and to call witnesses in your own behalf.

\* \* \*

I CERTIFY THAT I HAVE READ AND UNDERSTAND THE ABOVE.

DATED: June 21, 2023

_[signature]_
Defendant's signature

_[signature]_
Attorney's signature