UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 1:23–mj–00230–RSK

vs.                                        Hon. Ray Kent

ANDREW BLAIR HOWARD,

      Defendant.
_____/

## ORDER SETTING FINAL PRETRIAL CONFERENCE AND TRIAL

IT IS ORDERED that the **bench trial** in this matter shall commence on Wednesday, February 7, 2024 at 10:00 AM, at 584 Federal Building, Grand Rapids, MI.

IT IS FURTHER ORDERED that a **Final Pretrial Conference** is set for Wednesday, January 17, 2024 at 02:00 PM. Counsel who will try this case shall appear in person at the final pretrial conference. The attendance of the defendant is required unless specifically waived.

All pending motions shall be heard at the time of the final pretrial conference unless otherwise notified by the Court.

IT IS FURTHER ORDERED that at the final pretrial conference the parties shall:

1. Discuss the status of any plea negotiations.

2. Discuss any legal issues including motions in limine or other evidentiary issues which may arise during the course of trial.

3. Enter into stipulations of uncontested facts.

4. Disclose the identity of all expert witnesses and agree, if possible, upon the qualifications of expert witnesses.

5. Agree, if possible, upon the admissibility of exhibits. The parties shall mark their exhibits for identification prior to the final pretrial conference.

6. Advise the court of the number of witnesses expected to be called at trial.

7. Estimate the time required for trial.

8. Discuss trial practice and procedures.

IT IS SO ORDERED.

Dated:  November 7, 2023                     /s/ Ray Kent
                                                      U.S. Magistrate Judge