**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Andrew Blair Howard | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | January 17, 2024 | 2:23 - 2:37 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Lauren F. Biksacky | Defendant: Anthony J. Valentine | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class B | Information | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>    __mute     __nolo contendre<br>    __ not guilty   __guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived  )<br>__ Preliminary   (waived  )<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Other: Final Pretrial Conference | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other:<br><br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>__Ordered   __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement |
| | | **EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Bench trial to be held from 9:00 a.m. - 3:00 p.m., beginning 2/7/2024.<br><br>Parties shall e-file witness lists, exhibit lists and trial briefs by 1/31/2024; parties shall provide the Court with exhibit notebooks of on the first day of trial. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |

| CASE TO BE: Set for Hearing before Mag. Judge | TYPE OF HEARING: Further Proceedings |
|---|---|
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** S. Carpenter |