## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   Andrew Blair Howard | Mag. Judge:  Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | February 7, 2024 | *See below. | Grand Rapids | |

**APPEARANCES:**

| Government: Lauren F. Biksacky | Defendant: Anthony J. Valentine | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class B | Information | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br> __ mute __ nolo contendre <br> __ not guilty __ guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> ✓ Other: Bench Trial | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> __ Ordered    __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| *9:01 - 10:24 a.m.; 10:37 - 11:12 a.m.; 11:21 - 11:30 a.m.; 12:32 - 1:31 p.m.; 1:49 - 2:19 p.m.; 2:52 - 3:13 p.m. <br> Preliminary matters discussed; parties stipulated to the admission of exhibits and exhibits deemed admitted; Government presented and rested its case; defendant presented and rested its case; closing arguments made; the Court found the Government met the essential elements of both counts beyond a reasonable doubt and found defendant guilty; briefing schedule and date for sentencing to be set. (See attachment to minutes for list of witnesses and exhibits.) | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $_____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:    __Yes  __No <br> Defendant informed of right to appeal:    __Yes  __No <br> Counsel informed of obligation to file appeal: __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:**  Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Sentencing |
| **Reporter/Recorder:**   Paul Brandell | **Courtroom Deputy:**   S. Carpenter |

UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# Attachment to Criminal Minute Sheet

Bench Trial Minute Sheet - Page **2** of **3**
1:23-mj-320, USA v Howard
February 7, 2024

## Witnesses

| Govt | Deft | |
|------|------|---|
| X | | Logan Bahm, Ranger, National Park Service |
| X | | Zachary Hatfield |
| X | | L.S. (*a minor*) |
| X | | Jamie Nelson |
| X | | Carrie Allgaier |
| X | | Kirk Walby |
| X | | Scott Dekkers, Supervisory Ranger, National Park Service |
| | X | Amy Roche |
| | X | Laura Calleja |
| | X | Andrew Howard |

## Exhibits

| Govt | Deft | |
|------|------|---|
| 1 | | Aerial image from Google Earth taken May 2022 |
| 2 | | National Park Service Ranger Logan Bahm's body camera footage taken 8/15/22 |
| 2A-2K | | Video clips from Govt. Exhibit 2 |
| 2L | | Screenshot from Govt. Exhibit 2 |
| 3 | | Photograph taken by Ranger Bahm on 8/15/22 at 6:31 p.m. |
| 4 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 5 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 6 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 7 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 8 | | Aerial photograph taken by the U.S. Coast Guard from above the Platte River in a helicopter on or about 8/18/22 |
| 9 | | Photograph taken 8/15/22 at 5:32 p.m. |
| 10 | | Photograph taken 8/15/22 at 6:06 p.m. |
| 11 | | Photograph taken 8/15/22 at 6:06 p.m. |
| 12 | | Photograph taken 8/15/22 at 6:11 p.m. |
| 13 | | Photograph taken 8/15/22 at 6:12 p.m. |
| 14 | | Photograph taken 8/15/22 at 6:24 p.m. |
| 15 | | Photograph taken 8/17/22 at 1:47 p.m. |
| 16 | | Photograph taken 8/18/22 at 11:09 a.m. |
| 17 | | Photograph taken 8/18/22 at 11:09 a.m. |
| 18 | | Photograph taken 8/19/22 at 8:55 a.m. |

**UNITED STATES OF DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
## Attachment to Criminal Minute Sheet

Bench Trial Minute Sheet - Page **3** of **3**
1:23-mj-320, USA v Howard
February 7, 2024

| | | | |
|---|---|---|---|
| | A | Series of aerial photographs taken at the mouth of the Platte River | |
| | B | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 | |
| | C | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 | |
| | D | Aerial photograph taken from above the Platte River and Lake Michigan from a helicopter on or about 8/18/22 | |
| | E | Aerial image of the Platte River and Lake Michigan taken during May 2022 | |
| | F | Photograph taken on 8/18/22 at 11:09 a.m. at the Platte River | |
| | G | Photograph taken on 8/15/22 at 4:03 p.m. at the Platte River | |
| | H | Thirty-eight second video taken in the hour before 3:24 p.m. on 8/15/22 at the beach at the Platte River and Lake Michigan | |
| | I | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:06 p.m. | |
| | J | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:06 p.m. | |
| | K | Photograph taken at the Platte River and Lake Michigan on 8/15/22 at approximately 6:12 p.m. | |
| | L | Photograph taken on 8/15/22 at approximately 2:51 p.m. at the Platte River | |
| | M | Photograph taken on 8/15/22 at approximately 2:27 p.m. at the Platte River and Lake Michigan | |
| | N | Photograph taken on 8/15/22 at approximately 4:11 p.m. at the Platte River and Lake Michigan | |
| | O | Photograph taken on 8/15/22 at approximately 4:58 p.m. at the Platte River and Lake Michigan | |
| | P | Photograph taken on 8/17/22 at approximately 3:08 p.m. at the Platte River and Lake Michigan | |
| | Q | Photograph taken on 8/14/22 during the late afternoon/early evening hours at the Platte River and Lake Michigan | |
| | R | Photograph taken on 8/14/22 during the late afternoon/early evening hours at the Platte River and Lake Michigan | |
| | S | Copy of credit card sales receipt dated 8/15/22 from the Frankfort Hardware Store in Frankfort, MI, and internet advertisement for sale of shovels | |
| | T | Eighteen second video recording taken 8/15/22 at 4:03 p.m. at the Platte River and Lake Michigan | |