UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,　　　　　　　　　　　　　　Case No. 1:23-mj-230

v.　　　　　　　　　　　　　　　　　　　　　　Hon. Ray Kent

ANDREW BLAIR HOWARD,

      Defendant.
_____/

**ORDER REGARDING SENTENCING**

**IT IS HEREBY ORDERED** that sentencing in this matter is scheduled for April 17, 2024 at 11:00 a.m.

**IT IS FURTHER ORDERED** that the parties shall file their initial memoranda regarding restitution and sentencing by March 27, 2024.  The parties shall file responses to both the restitution and sentencing memoranda by April 10, 2024.

Date: February 21, 2024　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　RAY KENT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge