UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,                                          Case No. 1:23-mj-230

v.                                                          Hon. Ray Kent

ANDREW BLAIR HOWARD,

      Defendant.
                                             /

## **ORDER**

**IT IS HEREBY ORDERED** that sentencing in this matter has been rescheduled for May 15, 2024 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Government will file a reply to defendant's response to its sentencing memorandum (ECF No. 22) no later than April 22, 2024.  Defendant may file a sur-reply no later than May 2, 2024.

Date: April 11, 2024                                                     /s/ Ray Kent
                                                                       RAY KENT
                                                                       United States Magistrate Judge