UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                  Case No. 1:23–mj–00230–RSK

v.                                Hon. Ray Kent

ANDREW BLAIR HOWARD,

    Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

The sentencing hearing set in this matter for **May 15, 2024, at 10:00 AM** is hereby **adjourned without date pending further order of the court.**

                                      U.S. Magistrate Judge

Dated:  May 10, 2024        By:    /s/ Faith Hunter Webb_____
                                                Judicial Assistant