# EXHIBIT A





| Cost Pool | Allotment Fund Codes | HH 60 Jayhawk (CI 7310.1S) | % to Subtotal | MH-60T Jayhawk (CI 7310.1V) | CG-6014 Hourly Rate | CG-6014 Total Overflight Cost |
|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇ | ▇ | ▇ | ▇ | | ▇ |
| | ▇ | ▇ | ▇ | ▇ | | |
| | ▇ | ▇ | | ▇ | | |
| | ▇ | ▇ | | ▇ | | |
| | ▇ | | | | | |
| | ▇ | ▇ | | ▇ | | |
| | | ▇ | | ▇ | ▇ | $9,603.93 |