UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:23–mj–00230–RSK

   v.                                 Hon. Ray Kent

ANDREW BLAIR HOWARD,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:              June 25, 2024  02:00 PM
Magistrate Judge:    Ray Kent
Place/Location:        584 Federal Building, Grand Rapids, MI

                                    RAY KENT
                                    U.S. Magistrate Judge

Dated:  May 21, 2024       By:   _/s/ Stephanie Carpenter_____
                                    Courtroom Deputy