## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Andrew Blair Howard | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00230-RSK | June 25, 2024 | 2:01 - 2:32 p.m.; 2:41 - 2:55 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Lauren F. Biksacky / Meagan D. Johnson | Defendant: Anthony J. Valentine | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class A | Information | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>　　__ mute　　__ nolo contendre<br>　　__ not guilty　__ guilty<br>__ Initial Pretrial Conference<br>__ Detention　(waived __)<br>__ Preliminary　(waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br>_____<br>_____<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>✓ Other: Judgment | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing: _____<br>Presentence Report:<br>　__ Ordered　　__ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: None.<br>Probation: Sixty (60) months<br>Supervised Release: None.<br>Fine: $ None.<br>Restitution: $22,472.22 and Costs: $3,947.71<br>Special Assessment: $ 10.00 per count<br>Plea Agreement Accepted:　__ Yes　__ No<br>Defendant informed of right to appeal:　✓ Yes　__ No<br>Counsel informed of obligation to file appeal: ✓ Yes　__ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**　Paul Brandell | **Courtroom Deputy:**　S. Carpenter |